# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Bernard Sorrentino**

    vs.

**Robert Outhouse, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:03-CV-104

     **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED. PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED JULY 21, 2006.

Dated:   July 21, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:   Deputy Clerk